07815-082271
JJB/rc
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NAHAJEHA DICKERSON,

                        Plaintiff

        -against-

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, THE NEW YORK CITY
DEPARTMENT OF CORRECTIONS, NEW YORK
CITY POLICE DETECTIVE SHANTE TERRELL,
Shield # 4424 Narcotics Borough, Brooklyn South
Command, NEW YORK CITY POLICE DETECTIVE
WILSON SAGARDIA, Shield # 5062, Narcotics
Borough, Brooklyn South Command, Dr. FRANCK
LEVEILLE, New York City Department of
Corrections, NEW YORK CITY CORRECTIONS
OFFICE JANE DOE,

                      Defendants.

-----------------------------------------------------------------X

**NOTICE TO TAKE
DEPOSITION UPON
ORAL EXAMINATION**

10 CV 4620

COUNSELORS:

     PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, we hereby give you notice as attorneys for defendant FRANCK LEVEILLE, M.D.

s/h/a Dr. FRANCK LEVEILLE in the above-entitled action, that a deposition upon oral

examination of plaintiff NAHAJEHA DICKERSON, shall be taken at the United States District

Courthouse, in the 225 Cadman Plaza East, Brooklyn, New York 11201 on the January 25, 2010,

at 10:00 a.m.

1568990_1

The said depositions shall be by oral examination before a Notary Public, a disinterested and unrelated party, duly authorized to administer the oath according to the laws of the State of New York.

Dated: White Plains, New York
      January 4, 2010

                Yours, etc.,

                MARTIN CLEARWATER & BELL LLP

                By: _____
                    John J. Barbera (JB2225)
                A Member of the Firm
                Attorneys for Defendant
                FRANCK LEVEILLE, M.D. s/ha/ DR. FRANCK
                LEVEILLE
                245 Main Street
                White Plains, NY 10601
                (914) 328-2969
                E-mail: barbej@mcblaw.com

TO:

VICTOR M. BROWN, ESQ.
Attorney for Plaintiff
11 Park Place, Suite 600
New York, New York 10007
(212) 227-7373

LISA M. RICHARDSON, ESQ.
Assistant Corporation Counsel
THE CITY OF NEW YORK
100 Church Street
New York, New York 10007
(212) 442-0832

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010, the foregoing **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION** was filed via the Court's electronic filing System. Parties may access this filing through the Court's system. Service was also made via regular U.S. Mail on the following:

VICTOR M. BROWN, ESQ.
Attorney for Plaintiff
11 Park Place, Suite 600
New York, New York 10007
(212) 227-7373

LISA M. RICHARDSON, ESQ.
Assistant Corporation Counsel
THE CITY OF NEW YORK
100 Church Street
New York, New York 10007
(212) 442-0832

By: _____
John J. Barbera (JB2225)

1568990_1

3