**VICTOR M. BROWN**
**Attorney at Law**
11 Park Place, Suite 600
New York, NY 10007
T (212) 227-7373
F (212) 227-2330

May 13, 2011

The Honorable Brian M. Cogan
United States District Court Judge
The Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Dickerson v. The City of New York, et al
10 CV 4620 (BMC)

Dear Judge Cogan,

Please be advised that the Plaintiff, Nahajeha Dickerson, and Defendants Prison Health Services, Inc.(PHS), PHS Medical Services, P.C., and Dr. Franck Leveille have reached an agreement concerning settlement of the above referenced case. Counsel for Defendants PHS, Inc., and PHS Medical Services, P.C. is drafting the appropriate settlement paperwork concerning the agreement, which shall be filed with the Court as soon as possible. I remain

                                         Sincerely Yours,

                                         VICTOR M. BROWN

VB/cc
**VIA ECF**

| | |
|---|---|
| Filename: | Nahajeha Dickerson Settlemet letter to Court |
| Directory: | C:\Documents and Settings\Victor M. Brown\My Documents |
| Template: | C:\Documents and Settings\Victor M. Brown\Application Data\Microsoft\Templates\Normal.dot |
| Title: | VICTOR M |
| Subject: | |
| Author: | Victor Brown |
| Keywords: | |
| Comments: | |
| Creation Date: | 5/13/2011 1:48:00 PM |
| Change Number: | 1 |
| Last Saved On: | 5/13/2011 2:03:00 PM |
| Last Saved By: | Victor Brown |
| Total Editing Time: | 15 Minutes |
| Last Printed On: | 5/13/2011 2:04:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: 1 | |
|    Number of Words: | 144 (approx.) |
|    Number of Characters: | 735 (approx.) |