1    Q.    And this is the cubicle that was across from
2 yours, correct?

3    A.    Yes.

4    MS. LaMARCA:  I'm sorry, the one across the
5 hallway.

6    THE WITNESS:  Yes.

7    Q.    And could you hear anything outside?

8    A.    I could hear other people. Not exactly what was
9 going on, but I could hear the whole surroundings. And he
10 heard them also, because he started looking over the people
11 but like looking over his back but still trying to, you
12 know, conduct an exam, but really not paying attention to
13 what he was really supposed to be doing but just trying not
14 to get caught.

15    Q.    While the examination was taking place, could you
16 see anyone else?

17    A.    No.

18    Q.    After the doctor was done examining you with the
19 stethoscope what if anything happened next?

20    A.    Got down from the table. He said like --
21 something like, that wasn't so hard. Makes it seem like
22 see, that wasn't that bad. I'm like -- really didn't say
23 too much. Then I got -- then he told me to go out to go
24 get the blood work done. I thought it was over.

25    Q.    Okay. And when he told you to go out to get the

1   with me, because he was very upset about the situation; I
2   forget his name. He was really helpful though.
3           And if I'm not mistaken, he was the one that said
4   -- mentioned something about -- I think this is the 41st
5   Precinct on here or something like that. He had mentioned
6   something about a precinct that handles like Rikers Island
7   and stuff. But I didn't know, like, which precinct was
8   which and we was coming for my nearest precinct and I let
9   them know. He did make a report. I told him the story; I
10  remember him making the report. After that, he gave me a
11  number to call back and get my complaint number.
12          MR. BROWN: We will call for production of
13      that.
14  Q.  After he gave you the phone number to call back,
15  what, if anything, happened next?
16  A.  I left. I went home. Everything was normal but
17  not normal but, you know, trying to make it normal. I just
18  came home. Trying to get everything back situated as far
19  as my room and stuff because they left it a wreck.
20  Q.  The officer at the 60th precinct, did he tell you
21  to call the 41st precinct?
22  A.  If I'm not -- no, no, no.
23  Q.  He gave you a phone number to call to get your
24  complaint report?
25  A.  No. The phone number he gave me was to call back

1    A.    Yes.

2    Q.    And when was that?

3    A.    Way after. This was almost recently but not too
4 recently. When I met with the cops and stuff about it was
5 after Christmas. I think about January, February,
6 something. I think sometime this year.

7    Q.    Of 2011?

8    A.    Uh-huh.

9    MR. BROWN: Off the record.

10    (Whereupon, an off-the-record discussion was
11    held.)

12    Q.    Did there come a time that you were ever
13 interviewed by someone from the District Attorney's office
14 about this incident?

15    A.    You mean and my lawyer?

16    Q.    Not your lawyer. Was there ever a time when you
17 met with someone, an attorney who is prosecuting the
18 doctor?

19    A.    Yes.

20    Q.    When was that?

21    A.    About January, February, when -- because it was
22 about three people in the office asking questions that day
23 about what happened. But I know that they was like cops
24 and stuff -- not cops, but, like, yes, what you said.

25    Q.    You said that there were about three people that

55
DICKERSON,


1  face when I went in?  Like before I went in, I was okay, I
2  was kind of happy, it was like the first time I was smiling
3  and stuff in this whole ordeal.  She was making small talk
4  and it was fun or whatever.  When I got done in there, I
5  was just like almost crying, like tears in my eyes like.
6  But I didn't let them exactly fall.  And I looked at her
7  like, you don't see me -- but then on the way out, when he
8  told Miss Moses that he really need to see me, and I said
9  to her, like, we already did everything, like, everything
10 is done.  Like what?  She was like, just go back there --
11 this is her, Miss Moses; just go back there, it's only
12 gonna take a minute.  And I'm like, all right.  I'm like, I
13 don't want to go back there.  I'm like, I just did
14 everything, I got my blood work.
15    Q.    Okay.  So after you passed Officer Moses on your
16 way to the lab, you went into the lab, correct?
17    A.    Yes.
18    Q.    And when you were in the lab, you had blood work
19 done?
20    A.    Yes.
21    Q.    Okay.  And when you were done with the blood
22 work, you stated that you were supposed to go out and be
23 housed.  How did you know that?
24    A.    Cause that's what everybody was saying.  That's
25 -- cause it was late and they were like, y'all better hurry

1  forgot to sign something, and which I don't even remember
2  signing anything anyway. When I went back, I know I didn't
3  sign nothing. The first time in the office, I don't
4  remember signing anything, so I'm like, what I forget to
5  sign? I'm thinking I don't have to sign anything.
6    Q.    Did you ever tell Officer Moses what had happened
7  to you?
8    A.    No.
9    Q.    Did you ever tell her that you did not want to go
10 back and see the doctor again?
11    A.    No, I didn't say I don't want to go. I'm like, I
12 did everything. Because remind you, I'm scared to say no
13 to anything in there. I don't want to be, you know,
14 getting in trouble and I was just trying to do whatever.
15    Q.    Did you ask her why you had to go back to see the
16 doctor?
17    A.    Yes.
18    Q.    And what, if anything, did she say?
19    A.    It'll only be a minute. Just go back and see the
20 doctor, he needs to see you for something. She didn't
21 really know.
22    Q.    And then did you go back and see the doctor?
23    A.    Yes.
24    Q.    And did you go back inside of the cubicle?
25    A.    Yes.

1 was like, no, you can't make any phone calls. You'll get
2 your phone call though, you'll get it. I just wanted to
3 call my mother. I wanted to call her before I get upstairs
4 with all of the other jailbirds and stuff.

5  Q.   Did you tell him that you did not want him to
6 perform the examination again?

7  A.   I was like, you just did this. He wanted to make
8 like it was correct, accurate like; everything was
9 accurate.

10  Q.   And did he actually perform the examination
11 again?

12  A.   Yes.

13  Q.   All right.

14  A.   The same thing, just without rubbing on my back
15 and trying to make me feel better.

16  Q.   So when you say he did the same thing, can you
17 describe to me again what he was doing?

18  A.   With the stethoscope, breathe in and out, and
19 this time I'm giving a bullshit breathe like -- he can tell
20 that I was pretty much through and aggravated, because I
21 was sitting there slunched (sic) over, I wasn't sitting
22 straight up no more. I'm sitting there, like, tears in my
23 eyes but it didn't want to fall. I was just trying to you
24 know, hold it in.

25  Q.   And when you described earlier that he was, you

1  know, cupping your breast, was he doing that same thing
2  this time?
3     A.    Yes.
4     Q.    And was he doing anything else?
5     A.    Just did the same thing; just rubbing his -- like
6  rubbing his thumb across, just feeling it out.
7     Q.    How long would you say that that incident lasted
8  for?
9     A.    It was a few seconds, the whole rubbing; a few
10 seconds.
11    Q.    And when it was over, what, if anything, did he
12 say to you?
13    A.    I got down off the thingy, and then he said, I'll
14 keep in touch, and then I just -- I left. He said I was
15 done. He goes, she's done, officer, she's done. And then
16 I left.
17    Q.    Now, when you left the cubicle that second time,
18 where did you go?
19    A.    I went straight back out this door (indicating),
20 and right when I'm coming in, it's like a door you go
21 through. Because it was like another officer there. Those
22 officers in there, they brought me to where I was going to
23 be for the night.
24    Q.    So on this diagram, on Exhibit C, you said that
25 you walked down the hallway towards Officer Moses' desk?

1 on? She was pretty. I don't know, I wasn't afraid. She
2 was pretty, she was slim. And I told her, I'm like, I had
3 an incident last night when I first got here with the
4 doctor, and he kind of like touched me. And she was like,
5 don't mention. She was like -- she looked at me like --
6 she was like, don't mention it to anyone else here at all.
7 You get home, you just report it to your nearest precinct,
8 but as far as you being here, don't mention it, don't say
9 anything about it.

10 And I looked at her like -- I was like, okay,
11 okay. I thought she was giving me, like, good information,
12 like, so nobody gonna try to do nothing else to me like on
13 the way out. Not as far as touching me but as far as, you
14 know, being mean to me and, I don't know, I'm thinking like
15 everybody at the jail stick together, all of the workers
16 and stuff. She was like, don't mention it, just report it
17 to your nearest precinct.

18 Q. Did she say anything else to you?
19 A. No, she didn't say anything. She told me that,
20 and that was that.

21 Q. Did you say anything else to her?
22 A. No, I'm like, so I should just report it to my --
23 like the precinct or -- I just said, like the precinct like
24 around like where I live? She's like, yeah, yeah, any
25 precinct. That's what she said, any precinct.

1  family members about what had happened at Rikers?

2  A.    No. They still did not know. They still don't
3  know.

4  Q.    And you testified earlier that you went to a
5  precinct. When did you go to the precinct?

6  A.    After court.

7  Q.    What precinct did you go to?

8  A.    Across the street from the aquarium in Coney
9  Island. If I'm not mistaken, it's the 60th precinct.

10 Q.    Did you go alone?

11 A.    Me and my sister-in-law, my brother's wife.

12 Q.    Did you tell your sister-in-law what had happened
13 to you?

14 A.    She's the only one that knew, because she's like
15 the shoulder to lean on in the family. Yeah, she did know
16 what happened. She cried and everything for me. She knew
17 what happened. But she wasn't going to say anything
18 because she know, like, the type of person I am. I was
19 embarrassed and stuff. So she came with me, like, to the
20 precinct and stuff. She helped me make copies of this
21 (indicating).

22 Q.    When did you tell your sister-in-law about the
23 incident?

24 A.    After court. After court when I knew I had to go
25 to the precinct.