1 Q. Do you recall telling him that your mother was
2 alive and well?
3 A. Not really, no.
4 Q. Do you recall him asking you about your pregnancy
5 history?
6 A. Yes. Not about like the history, like my prior
7 abortions, but like the one that I just had.
8 Q. Is it your recollection that you told him that
9 you had been pregnant on a previous occasion and that you
10 had a termination of the pregnancy?
11 A. Yes. That's when -- the reason because about a
12 PAP smear. The reason was I just was pregnant last month
13 and I had one.
14 Q. Okay. Do you recall him asking you things, other
15 things about your gynecological history, like when you
16 first had your menstrual period, things like that?
17 A. I'm not sure.
18 Q. Now, someone also took your blood pressure, your
19 vital signs, and they weighed you? Do you remember a nurse
20 doing that for you?
21 A. I think that's what the big lady was doing, she
22 was doing something.
23 Q. Did she put a blood pressure cuff on your arm and
24 take your blood pressure?
25 A. I think it was. I'm not sure.

1   I first -- was my first time in the cubicle, I didn't sign
2   anything.
3       Q.      Okay.  Let me ask you this question:  This
4   statement that you had that was provided by your Counsel in
5   advance of the deposition, I think you testified that this
6   was something that you prepared on your own before you went
7   to the 60th precinct to complain?
8       A.      Mm-hmm.
9       Q.      Yes?
10      A.      Yes.
11      Q.      Okay.  Because this a photocopy, because some of
12  the answers are cut off, I would like you to read your
13  statement into the record for us, okay, as best you can.
14  And if you just want to start with, you know, the first
15  sentence there?
16      A.      On Saturday night/Sunday morning I was in Rikers
17  Island seeing a medical doctor, Dr. Leveille.  At around
18  2:00 a.m., he started to give me my exam.  He told me that
19  I had to write down my telephone number for him in order
20  for me to give blood and take a TB test or else I was going
21  to be on lockdown.  Then as he started to examine me under
22  my T-shirt, he started groping my chest and rubbing his
23  finger around my nipple and he massaged my back and neck.
24  He did it -- I don't know.  He did it more -- he did it
25  more than once while telling me to take a deep breath in

1 Q. When you explained what happened to Ceylan, what
2 did she say to you?
3 A. She was upset she started crying. I didn't even
4 tell her like the whole real real story. I told her I was
5 in Rikers Island, I seen a doctor and the doctor was like
6 touching my chest and stuff like that. I didn't give her
7 the full, full details. She didn't even read this
8 (indicating).
9 Q. Did you show her?
10 A. No, I'm not sure, but I don't think I remember
11 showing this to her, no. I'm not sure.
12 Q. Had you already written it?
13 A. -- no. We were -- after the courthouse and
14 stuff, I went home --
15 Q. Okay.
16 A. -- before I went to the precinct.
17 Q. Okay. And you wrote this statement?
18 A. Yes.
19 Q. And then you -- then did you tell Ceylan what
20 happened?
21 A. Yes.
22 Q. You and she went to the precinct together?
23 A. Yes.
24 Q. When you explained what happened to Officer
25 Emmanuel, was she present?