

KAUFMAN BORGEEST & RYAN LLP

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

June 7, 2011

CRISTINA LA MARCA
DIRECT: 646.367.6790
CLAMARCA@KBRLAW.COM

<u>BY ECF</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Nahajeha Dickerson v. City of New York, et al
Case Number :        10-CV-4620
<u>KBR File No.  :        732.009</u>

Dear Judge Cogan:

Please recall that we represent Prison Health Services, Inc. and PHS Medical Services, P.C.

As plaintiff previously advised, he has agreed to settle the above matter with Prison Health Services, Inc., PHS Medical Services, P.C. and Dr. Franck Leveille.  Attached please find the Stipulation and Order of Dismissal with Prejudice.  At this time, we respectfully request that your honor so-order the attached Stipulation so that we can file it with the Court.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Cristina La Marca

Attachment

cc: VIA ECF ONLY

Victor Brown, Esq.
Attorneys for Plaintiff
11 Park Place, Suite 600
New York, New York 10007

vbrownlaw@yahoo.com

John Barbera, Esq.
Martin Clearwater & Bell, LLP
Attorney for Dr. Leveille
245 Main Street
White Plains, New York 10601

Lisa M. Richardson, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

NAHAJEHA DICKERSON,

                 Plaintiff,

       -against-

THE CITY OF NEW YORK, THE CITY OF NEW
YORK DEPARTMENT OF CORRECTIONS, PRISON
HEALTH SERVICES, INC., (PHS), PHS MEDICAL
SERVICES, P.C., DR. FRANK LEVEILLE, NEW YORK
CITY CORRECTIONS OFFICER LATISHA FARLEY,
Shield #18331,

                 Defendants.

------------------------------------------------------------------- X

CA No.: 10 CV 4260 (BMC)

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

Judge: Brian M. Cogan, U.S.D.J.

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

attorneys of record for the parties to the above-captioned action, that whereas no party hereto is

an infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, the above-captioned matter

be, and the same hereby is, voluntarily dismissed with prejudice as against PRISON HEALTH

SERVICES, INC., (PHS), PHS MEDICAL SERVICES, P.C., and DR. FRANK LEVEILLE,

pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's

fees to any part as against the other.

Dated: May 26L, 2011

VICTOR BROWN, ESQ.

By: _____

Victor Brown, Esq.
Attorneys for Plaintiff
11 Park Place, Suite 600
New York, New York 10007
(212) 227-7373
vbrownlaw@yahoo.com

**KAUFMAN BORGEEST & RYAN LLP**

By: _____

 Cristina M. LaMarca (CL 6814)
*Attorneys for Defendants*
PRISON HEALTH SERVICES, INC., (PHS),
and PHS MEDICAL SERVICES, P.C.
120 Broadway
New York, New York 10583
(212) 980-9600
clamarca@kbrlaw.com

1533555

MARTIN CLEARWATER & BELL LLP

By: _____

John Barbera, Esq. (JJB 2225)
Attorney for Defendant, Dr. Leveille
245 Main Street
White Plains, New York 10601
(914) 686-1390
barbej@mcblaw.com
SO ORDERED


_____

Brian M. Cogan
United States District Judge