FILED
U.S. IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 14 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NAHAJEHA DICKERSON,

            Plaintiff,

-against-

THE CITY OF NEW YORK, THE CITY OF NEW
YORK DEPARTMENT OF CORRECTIONS, PRISON
HEALTH SERVICES, INC., (PHS), PHS MEDICAL
SERVICES, P.C., DR. FRANK LEVEILLE, NEW YORK
CITY CORRECTIONS OFFICER LATISHA FARLEY,
Shield #18331,

            Defendants.
-------------------------------------------------------------- X

CA No.: 10 CV 4620 (BMC)

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE

Judge: Brian M. Cogan, U.S.D.J.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-captioned matter be, and the same hereby is, voluntarily dismissed with prejudice as against PRISON HEALTH SERVICES, INC., (PHS), PHS MEDICAL SERVICES, P.C., and DR. FRANK LEVEILLE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any part as against the other.

Dated: May 26, 2011

VICTOR BROWN, ESQ.

By: _____
Victor Brown, Esq.
Attorneys for Plaintiff
11 Park Place, Suite 600
New York, New York 10007
(212) 227-7373
vbrownlaw@yahoo.com

KAUFMAN BORGEEST & RYAN LLP

By: _____
Cristina M. LaMarca (CL 6814)
*Attorneys for Defendants*
PRISON HEALTH SERVICES, INC., (PHS),
and PHS MEDICAL SERVICES, P.C.
120 Broadway
New York, New York 10583
(212) 980-9600
clamarca@kbrlaw.com

1533555

MARTIN CLEARWATER & BELL LLP

By: /s/ John Barbera
John Barbera, Esq. (JJB 2225)
Attorney for Defendant, Dr. Leveille
245 Main Street
White Plains, New York 10601
(914) 686-1390
barbej@mcblaw.com

SO ORDERED  6/8/11

/s/(BMC)

_____
Brian M. Cogan
United States District Judge